UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

LUIS CECILIO DEZDHA,   Petitioner,

v.   Civil Action No. 4:26-cv-48-DJH

MIKE LEWIS, Jailer, Hopkins County Jail
et al.,   Respondents.

\* \* \* \* \*

## ORDER

On January 30, 2026, Petitioner Luis Cecilio Dezdha, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. (Docket No. 1) The petition, however, appears to be a duplicate of another pending habeas petition previously filed in this District. *See* Petition for Writ of Habeas Corpus, *Dezdha v. Lewis*, No. 4:26-cv-35-BJB-HBB (W.D. Ky. Jan. 23, 2026). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the parties shall file a status report no later than **the close of business on February 3, 2026**, confirming whether Dezdha's petition in this matter (D.N. 1) is a duplicate of the petition in the earlier-filed case.

February 2, 2026

David J. Hale, Chief Judge
United States District Court

1