UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

LUIS CECILIO DEZDHA,                                                                          Petitioner,

v.                                                                              Civil Action No. 4:26-cv-48-DJH

MIKE LEWIS, Jailer, Hopkins County Jail
et al.,                                                                                          Respondents.

\* \* \* \* \*

## ORDER

The parties have filed a joint status report (Docket No. 7) stating that the pending habeas petition in this matter (D.N. 1) is a duplicate of a pending habeas petition previously filed in this District.  *See* Petition for Writ of Habeas Corpus, *Dezdha v. Lewis*, No. 4:26-cv-35-BJB-HBB (W.D. Ky. Jan. 23, 2026).  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the habeas petition in this matter (D.N. 1) is **DENIED**.  The pending motion to appear pro hac vice (D.N. 3) is likewise **DENIED**.  This matter is **CLOSED**.

This Order does not affect the petitioner's claims in the previously filed matter.

February 3, 2026

David J. Hale, Chief Judge
United States District Court